# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT HOUSER, | No. 4:16-CV-01517 |
| Plaintiff. | (Judge Brann) |
| v. | |
| NORFOLK SOUTHERN RAILWAY COMPANY, | |
| Defendant. | |

## ORDER

### OCTOBER 12, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment, ECF No. 31, is **GRANTED IN PART AND DENIED IN PART** as follows:

1. The motion is **GRANTED** with respect to any Defendant's liability for negligence occurring before June 1, 1999;

2. The motion is otherwise **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge